IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TOSHA VICK,<br><br>        Plaintiff,<br><br>    v.<br><br>PILOT TRAVEL CENTERS LLC,<br><br>        Defendant. | Case No. 1:14-cv-0582-WTL-DKL |

### ORDER OF DISMISSAL

Plaintiff, Tosha Vick, and Defendant, Pilot Travel Centers LLC, have filed their *Joint Stipulation of Dismissal with Prejudice* seeking dismissal of this matter with prejudice. The Court has examined the Stipulation, been duly advised, and now finds that the matter should be dismissed.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice. Each party shall bear its own costs.

So ORDERED this 4th day of August, 2014.

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to:

Ashley D. Marks
CHARLES D. HANKEY LAW OFFICE
adm@hankeylaw.com

Alan L. McLaughlin
Brian L. Mosby
LITTLER MENDELSON, P.C.
amclaughlin@littler.com
bmosby@littler.com